UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **MORRIS VALLIER** | **CIVIL ACTION NO. 06-348** |
| **VS.** | **SECTION P** |
| **TERRY TERRELL, WARDEN** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## ORDER

Morris Vallier filed this *pro se* petition for writ of *habeas corpus* (28 U.S.C. §2254) on February 24, 2006. Vallier is an inmate in the custody of Louisiana's Department of Public Safety and Corrections. He is incarcerated at the Allen Correctional Center (ACC), Kinder, Louisiana, where he is serving a hard labor sentence imposed following his felony conviction in Louisiana's Fifteenth Judicial District Court, Acadia Parish. ACC, the place of petitioner's incarceration, is located within the geographical jurisdiction of the Lake Charles Division of this court; however, petitioner collaterally attacks a conviction which occurred in a judicial district which is located within the geographical jurisdiction of the Lafayette Division of the court. While venue is correct in either Division, it is more appropriate in the Division which embraces the place where the conviction occurred. Therefore,

THE CLERK OF COURT IS DIRECTED to transfer this case to the Lafayette Division of the United States District Court for the Western District of Louisiana and to refer this matter to the chief judge for re-assignment to the appropriate district judge and magistrate judge.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of May, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE