**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **Morris Vallier** | **Criminal No: 06-0348** |
| **versus** | **Judge Tucker L. Melançon** |
| **Terry Terrell, Warden** | **Magistrate Judge Hill** |

## JUDGMENT

The Court is in receipt of United States Magistrate Judge C. Michael Hill's Report and Recommendation [Rec. Doc. 8]. The Court, after having conducted an independent review of the record, including the objections filed by petitioner [Rec. Doc.9], has determined that the findings and recommendations are correct under the applicable law. Therefore, for the reasons stated in Judge Hill's Report and Recommendation, it is

ORDERED that this federal *habeas corpus* petition be DENIED and DISMISSED WITH PREJUDICE as petitioner's claims are procedurally defaulted.

Thus done and signed in Lafayette, Louisiana, this 10th day of January, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE