UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Morris Vallier                                                                  Civil Action 06-348

versus                                                                          Judge Tucker L. Melançon

Allen Correctional Ctr.                                                         Magistrate Judge Hill

**ORDER**

A Motion for Certificate of Appealability [Rec. Doc. 12] having been filed in the above captioned habeas corpus case in which the detention complained of arises out of a process issued by a state court, this Court, considering the record in this case and the requirements of 28 U.S.C. §2254, hereby finds that a certificate of appealability shall not issue because petitioner has not demonstrated: (1) that he was deprived of a constitutional right, and (2) that reasonable jurists could conclude that the district court's dismissal on procedural grounds was incorrect or debatable.  *See Slack v. McDaniel,* 529 U.S. 473, 479 (2000); *Tennard v. Dretke*, 442 F.3d 240, 252 (5th Cir. 2006).

Adopting the analysis contained in the Report and Recommendation of the United States Magistrate Judge C. Michael Hill issued on December 19, 2006 [Rec. Docs. 8, 10], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.  Accordingly,

IT IS ORDERED that petitioner's Motion for Certificate of Appealability [Rec. Doc. 12] is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 2nd day of March, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE